## HENSLEY v. CALAWAY

No. 565P00

Case below: 130 N.C. App. 449

Petition by plaintiff pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001.

## HILL v. HILL

No. 385P00

Case below: 139 N.C. App. 206

Motion by plaintiff pro se for temporary delay denied 3 January 2001. Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 3 January 2001. Petition by plaintiff pro se for writ of certiorari denied 3 January 2001. Justice Martin recused.

## HYLTON v. KOONTZ

No. 296P00

Case below: 138 N.C. App. 511

353 N.C. 264

Petition by defendants (Schkolne, M.D. and Piedmont Anesthesia and Pain Consultants) to rehear order denying petition for discretionary review pursuant to Rule 31 dismissed 1 February 2001.

## HYLTON v. KOONTZ

No. 296P00-2

Case below: 138 N.C. App. 629

Petition by defendant (Medical Park Hospital, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 2 January 2001.

## IN RE APPEAL OF GEN. ELEC. CO.

No. 155P01

Case below: 142 N.C. App. 212

Petition by petitioner (General Electric Company) for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.